<u>Exhibit B</u>

Michigan 47th District Court

Register of Actions,

Judgment of Sentence, and

Bench Warrant

```
| STATE OF MICHIGAN      |                      | CASE NO:   13H24936    D01 OD |
| 47TH JUDICIAL DISTRICT | REGISTER OF ACTIONS  |                               |
| ORI630055J             |                      | STATUS: WRNT                  |
| PIN: 13-24936          |                      |                               |
```

JUDGE OF RECORD: BRADY,JAMES B.,       P-30534
JUDGE:           BRADY,JAMES B.,       P-30534

CITY OF FARMINGTON HILLS v

    CTN:
**COLLIER/KEITH/DOREL**            TCN: B914171003P
30249 SUMMIT DR                    SID: 1462093A
FARMINGTON HILLS MI 48334          ENTRY DATE: 12/13/13
    OFFENSE DATE: 11/29/13   324 AM
VEHICLE TYPE:       VPN:
DOB: 08/17/1970  SEX: M  RACE: B  DLN: MI C460465149643   CDL: N
VEH YR:      VEH MAKE:      VIN:      PAPER PLATE:

DEFENSE ATTORNEY ADDRESS           BAR NO.
JOHNSON,BERTRAM L.,                P-46646
547 E JEFFERSON AVE                Telephone No.
STE 200
DETROIT       MI 48226             (313) 598-4193

OFFICER: ROHRER J                  DEPT: FARMINGTON HILLS POLICE D

PROSECUTOR: MEADS,STEPHEN G.,      P-39424
VICTIM/DESC:                       VENUE: CITY OF FARMINGTON HILLS

**COUNT 1  C/M/F: M 1025**         PACC#257.6251-A
**ALCOHOL - OPERATING WHILE INTOXICATED 1ST OFFENSE**
ARRAIGNMENT DATE: 04/28/14    PLEA:   NOLO CONTEND   PLEA DATE: 09/22/14
FINDINGS:  DS NOLO PLEA   DISPOSITION DATE: 09/22/14
SENTENCING DATE:  11/13/14
   FINE       COST    ST.COST    CON    MISC.     REST    TOT FINE    TOT DUE
  525.00     739.00     50.00   0.00   1120.00    0.00    2434.00     234.00
    JAIL SENTENCE: 93 DAYS    PROBATION: 18 MONTHS PO: M.,KRISTINA,
                         PROBATION END DATE: 05/13/16
  VEH IMMOB START DATE:          NUMBER OF DAYS:         VEH FORFEITURE:

**BOND HISTORY:**
   1,000.00     PERSONAL    NO BOND ORDERED

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|

11/29/13
  1  ORIGINAL CHARGE           OPER INTOX 1                              LL
12/13/13
    FILING DATE               121313                                    LL
  1  AUTHORIZATION OF COMPLAINT DATE                                      LL
    PROS MEADS,STEPHEN G.,                                   P-39424  LL
    COMPLAINT ISSUANCE DATE                                            LL
12/16/13
  1  MISCELLANEOUS ACTION      OPER INTOX 1                              MLE
      CHRISTOPH,CARL S.,                                P-41377  MLE
    WARRANT SENT TO POLICE AGENCY                                      MLE
    WARRANT RETURNED INTER OFFICE MAIL TO FHPD                         MLE
04/28/14
    MISCELLANEOUS ACTION      ALL COUNTS                               SAG
    WARRANT RETURNED                                                   SAG
    DEFENDANT BROUGHT IN CUSTODY FOR ARRAIGNMENT BY                    SAG

```
NAME: COLLIER/KEITH/DOREL            CASE NO: 13H24936       PAGE   2

  DATE              ACTIONS, JUDGMENTS, CASE NOTES              INITIALS

          FARMINGTON HILLS POLICE DEPARTMENT                       SAG
     1    ARRAIGNMENT HELD          OPER INTOX 1                   CG
          MAG  PHENEY,DENNIS J.,                          P-18863  CG
          NOT GUILTY ENTERED BY COURT                              CG
          SCHEDULED FOR PRE-TRIAL   052214 1000A BRADY,JAMES B.,  P-30534  CG
          PERSONAL                                                 CG
          BOND SET                             $     1000.00      CG
          RECORDED BY DEBORAH PALKA #6684                          CG
          BOND RECOMMENDATIONS FILED BY PRETRIAL SERVICES           CG
          NOTICE TO APPEAR SIGNED BY DEFT - FILED                   CG
     1    PRETRIAL RELEASE/CUSTODY GENERATED-NO CUSTODY
                                    OPER INTOX 1                   CG
          MISCELLANEOUS ACTION      OPER INTOX 1                   CG
          DEFTS REQUEST FOR COURT APPT ATTORNEY FILED (FORM WITH JUDGE OF RECO  CG
04/29/14
          MISCELLANEOUS ACTION      ALL COUNTS                     KAR
          JDG  BRADY,JAMES B.,                           P-30534   KAR
          ATT  HAINES,DERWOOD A.,J                       P-46481   KAR
          JUDGE BRADY APPOINTED ATTORNEY BEFORE COURT DATE          KAR
05/01/14
          MISCELLANEOUS ACTION      ALL COUNTS                     KAR
          SUPPLEMENTAL SENTENCING              $      200.00       KAR
          ATTORNEY FEES                        $      200.00       KAR
05/08/14
          MISCELLANEOUS ACTION      ALL COUNTS                     MEA
          ATT  HAJJI,DURED B.,                           P-63815   MEA
          ATTORNEY FILED APPEARANCE                                MEA
          DEMAND FOR DISCOVERY FILED                               MEA
          PROOF OF SERVICE FILED                                   MEA
05/09/14
          MISCELLANEOUS ACTION      ALL COUNTS                     MEA
          SUPPLEMENTAL SENTENCING              $      200.00-      MEA
          CLERK NOTIFIED CAA DEFT. RETAINED OUT                    MEA
          ATTORNEY FEES                        $      200.00-      MEA
05/22/14
     1    PROCEEDING HELD           OPER INTOX 1                   ALO
          JDG  BRADY,JAMES B.,                           P-30534   ALO
          SCHEDULED FOR PRE-TRIAL   060914 300P BRADY,JAMES B.,   P-30534  ALO
          ADJOURNED AT REQUEST OF DEFENDANT                        ALO
          SCHEDULED BY JUDGE BRADY                                 ALO
          NOTICE TO APPEAR SIGNED BY DEFT - FILED                  ALO
          RECORDED BY KAREN ROCHELEAU #2972                        ALO
     1    NOTICE TO APPEAR GENERATED
                                    OPER INTOX 1                   ALO
06/09/14
          MISCELLANEOUS ACTION      ALL COUNTS                     ALO
          SCHEDULED FOR PRE-TRIAL   062314 200P BRADY,JAMES B.,   P-30534  ALO
          SCHEDULED BY JUDGE BRADY                                 ALO
          RECORDED BY KAREN ROCHELEAU #2972                        ALO
          NOTICE TO APPEAR GENERATED
                                    ALL COUNTS                     ALO
06/20/14
          SID ADDED                                                MEA
```

NAME: COLLIER/KEITH/DOREL                CASE NO: 13H24936        PAGE   3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

|   | 1 ORDER FOR FINGERPRINTS GENERATED |   |   |   | MEA |
|   |   | OPER INTOX 1 |   |   | MEA |
|   | TCN ADDED |   |   |   | MEA |
| 06/23/14 |   |   |   |   |   |
|   | 1 PROCEEDING HELD | OPER INTOX 1 |   |   | MEA |
|   | JDG  BRADY,JAMES B., |   |   | P-30534 | MEA |
|   | FINAL PRE-TRIAL | 071414  1000A | BRADY,JAMES B., | P-30534 | MEA |
|   | SCHEDULED FOR JURY-TRIAL | 071514   900A | BRADY,JAMES B., | P-30534 | MEA |
|   | RECORDED BY KAREN ROCHELEAU #2972 |   |   |   | MEA |
|   | SCHEDULED BY JUDGE BRADY |   |   |   | MEA |
|   | NOTICE TO APPEAR SIGNED BY DEFT - FILED |   |   |   | MEA |
|   | *NOTICE SENT TO PD |   |   |   | MEA |
|   | 1 NOTICE TO APPEAR GENERATED |   |   |   |   |
|   |   | OPER INTOX 1 |   |   | MEA |
| 07/14/14 |   |   |   |   |   |
|   | MISCELLANEOUS ACTION | ALL COUNTS |   |   | MEA |
|   | REMOVED FROM DOCKET | 071514   900A | BRADY,JAMES B., | P-30534 | MEA |
|   | PROCEEDING HELD | ALL COUNTS |   |   | MEA |
|   | JDG  BRADY,JAMES B., |   |   | P-30534 | MEA |
|   | FINAL PRE-TRIAL | 090814   200P | BRADY,JAMES B., | P-30534 | MEA |
|   | SCHEDULED FOR JURY-TRIAL | 090914   900A | BRADY,JAMES B., | P-30534 | MEA |
|   | RECORDED BY KAREN ROCHELEAU #2972 |   |   |   | MEA |
|   | NOTICE TO APPEAR SIGNED BY DEFT - FILED |   |   |   | MEA |
|   | NOTICE SENT TO PD |   |   |   | MEA |
|   | NOTICE TO APPEAR GENERATED |   |   |   |   |
|   |   | ALL COUNTS |   |   | MEA |
| 09/03/14 |   |   |   |   |   |
|   | MISCELLANEOUS ACTION | ALL COUNTS |   |   | DJR |
|   | REMOVED FROM DOCKET | 090814   200P | BRADY,JAMES B., | P-30534 | DJR |
|   | FINAL PRE-TRIAL | 090814   900A | BRADY,JAMES B., | P-30534 | DJR |
|   | TIME CHANGE ONLY, DEFENDANT ATTORNEY |   |   |   | DJR |
|   | ADVISED |   |   |   | DJR |
|   | NOTICE TO APPEAR GENERATED |   |   |   |   |
|   |   | ALL COUNTS |   |   | DJR |
| 09/08/14 |   |   |   |   |   |
|   | PROCEEDING HELD | ALL COUNTS |   |   | ALO |
|   | JDG  BRADY,JAMES B., |   |   | P-30534 | ALO |
|   | SUPPLEMENTAL SENTENCING |   | $   150.00 |   | ALO |
|   | DEFENDANT FAILED TO APPEAR |   |   |   | ALO |
|   | RECORDED BY KAREN ROCHELEAU #2972 |   |   |   | ALO |
|   | CONTEMPT FEE |   | $   150.00 |   | ALO |
|   | MISCELLANEOUS ACTION | ALL COUNTS |   |   | ALO |
|   | REMOVED FROM DOCKET | 090914   900A | BRADY,JAMES B., | P-30534 | ALO |
| 09/09/14 |   |   |   |   |   |
|   | MISCELLANEOUS ACTION | ALL COUNTS |   |   | ALO |
|   | SCHEDULED FOR PRE-TRIAL | 092214   200P | BRADY,JAMES B., | P-30534 | ALO |
|   | SCHEDULED FOR JURY-TRIAL | 111814   900A | BRADY,JAMES B., | P-30534 | ALO |
|   | ADJOURNED BY COURT |   |   |   | ALO |
|   | NOTICE TO APPEAR GENERATED |   |   |   |   |
|   |   | ALL COUNTS |   |   | ALO |
|   | 1 NOTICE TO APPEAR GENERATED |   |   |   |   |
|   |   | OPER INTOX 1 |   |   | MLE |
| 09/22/14 |   |   |   |   |   |

| NAME: COLLIER/KEITH/DOREL | CASE NO: 13H24936 | PAGE 4 |
|---|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| | PLEA HEARING HELD          ALL COUNTS | | MEA |
| | JDG   BRADY, JAMES B., | P-30534 | MEA |
| | PLEAD NOLO CONTENDERE | | MEA |
| | DISPOSED ON PLEA OF NOLO CONTENDERE | | MEA |
| | SENTENCE | $   150.00 | MEA |
| | RECORDED BY KAREN ROCHELEAU #2972 | | MEA |
| | REFERRED FOR PRE-SENTENCE INVESTIGATION | | MEA |
| | MISCELLANEOUS ACTION       ALL COUNTS | | MEA |
| | REMOVED FROM DOCKET        111814  900A   BRADY, JAMES B., | P-30534 | MEA |
| 1 | MISCELLANEOUS ACTION       OPER INTOX 1 | | CEM |
| | SUPPLEMENTAL SENTENCING | $   100.00 | CEM |
| | P.S.I. - SCREENING FEE | $   100.00 | CEM |
| | PROBATION SCHEDULING       OPER INTOX 1 | | CEM |
| | PO   M., KRISTINA, | #  2475 | CEM |
| | SCHEDULED FOR SCREENING INTERVIEW | | |
| | | 103014  930A | CEM |
| | MISCELLANEOUS ACTION       OPER INTOX 1 | | CEM |
| | SCHEDULED FOR SENTENCING   111314  830A   BRADY, JAMES B., | P-30534 | CEM |
| 1 | NOTICE TO APPEAR GENERATED | | |
| | | OPER INTOX 1 | CEM |
| | ABSTRACT GENERATED         SEQ:   00005 | | MEA |
| 10/30/14 | | | |
| | PREV. 22040 STRATFORD ST | | KDM |
| | ADDR: OAK PARK            MI 48237 | | KDM |
| 1 | MONETARY TRANSACTION       OPER INTOX 1 | | LL |
| | PAYMENT | $   250.00   D812206 | LL |
| 1 | CASH TENDERED | | LL |
| 11/13/14 | | | |
| | SENTENCE HEARING HELD      ALL COUNTS | | ALO |
| | JDG   BRADY, JAMES B., | P-30534 | ALO |
| | SUPPLEMENTAL SENTENCING | $  1950.00 | ALO |
| | ABSTRACT REQUESTED | | ALO |
| | RECORDED BY KAREN ROCHELEAU #2972 | | ALO |
| | ORDINANCE FINE & COSTS | $   525.00 | ALO |
| | STATE COSTS - MISDEMEANOR/ORDINANCE | $    50.00 | ALO |
| | CRIME VICTIM RIGHTS ASSESSMENT | $    75.00 | ALO |
| | PROBATION OVERSIGHT FEES | $   900.00 | ALO |
| | PD EXPENSE | $   200.00 | ALO |
| | LOCAL ORDINANCE PROSECUTION COST | $   200.00 | ALO |
| | JAIL TERM | 093D | ALO |
| | JAIL TERM SUSPENDED | | ALO |
| | ORDER FOR COMMUNITY SERVICE FILED | 008D | ALO |
| | PROBATION | 018M | ALO |
| | PO   M., KRISTINA, | #  2475 | ALO |
| | SCHEDULED FOR REVIEW       051316 | | ALO |
| | REPORTING PROBATION | | ALO |
| | JUDGE BRADY | | ALO |
| | OUTPATIENT TREATMENT PROGRAM | | ALO |
| 1 | JUDGMENT OF SENTENCE GENERATED | | |
| | | OPER INTOX 1 | ALO |
| | ORDER OF PROBATION GENERATED | | |
| | | OPER INTOX 1 | LL |
| | 93 DAYS JAIL SUSPENDED UPON SUCCESSFUL | | LL |

| NAME: COLLIER/KEITH/DOREL | CASE NO: 13H24936 | PAGE 5 |
|---|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | | INITIALS |
|---|---|---|---|---|
| | COMPLETION OF PROBATION. | | | LL |
| | 80 HOURS COMMUNITY SERVICE. | | | LL |
| | DRIVER INTERVENTION PROGRAM. | | | LL |
| | SUBSTANCE ABUSE PROGRAM - TO BE DETERMINED. | | | LL |
| | NO ALCOHOL USE OR POSSESSION WITH RANDOM | | | LL |
| | ALCOHOL TESTING. | | | LL |
| | NO USE OR POSSESSION OF ILLICIT DRUGS OR | | | LL |
| | MOOD ALTERING SUBSTANCES WITH | | | LL |
| | RANDOM DRUG TESTING. | | | LL |
| | DEFT IS NOT TO ENTER, LOITER OR FREQUENT | | | LL |
| | ANY PLACE WHERE ALCOHOL IS THE | | | LL |
| | PRIMARY SOURCE OF INCOME. | | | LL |
| | DEFT IS NOT TO ENTER, LOITER OR FREQUENT | | | LL |
| | PLACES WHERE DRUGS ARE USED OR | | | LL |
| | SOLD. | | | LL |
| | PAYMENT PLAN. | | | LL |
| | DEFENDANT IS TO CLEAR ALL OUTSTANDING | | | LL |
| | MATTERS WITH THE 47TH DISTRICT | | | LL |
| | COURT. THERE WILL BE AN INCOME WITHHOLDING | | | LL |
| | UPON VERIFIABLE EMPLOYMENT | | | LL |
| | TO COLLECT OUTSTANDING MONIES OWED TO THE | | | LL |
| | COURT. | | | LL |
| | DEFENDANT IS NOT TO REPORT TO PROBATION | | | LL |
| | WITH ALCOHOL ON BREATH. | | | LL |
| | DEFENDANT IS NOT TO ENTER, LOITER OR | | | LL |
| | FREQUENT PLACES WHERE DRUGS ARE USED | | | LL |
| | OR SOLD. | | | LL |
| | NO USE OR POSSESION OF ILLICIT DRUGS OR | | | LL |
| | MOOD ALTERING SUBSTANCES. | | | LL |
| | DEFENDANT MAY BE REQUIRED TO SUBMIT TO | | | LL |
| | RANDOM DRUG TESTING AT ANY TIME. | | | LL |
| | BE ADVISED IF YOUR CASE GOES INTO BENCH | | | LL |
| | WARRANT STATUS, YOUR SPECIAL ACT | | | LL |
| | WILL AUTOMATICALLY BE TERMINATED. | | | LL |
| | ABSTRACT GENERATED        SEQ: 00001 | | | ALO |
| 12/02/14 | | | | |
| 1 | PARTIAL PAYMENT MADE       OPER INTOX 1 | | | CEM |
| | PAYMENT | $ | 500.00    D429108 | CEM |
| 1 | CASH TENDERED | | | CEM |
| 01/08/15 | | | | |
| 1 | PARTIAL PAYMENT MADE       OPER INTOX 1 | | | LL |
| | PAYMENT | $ | 500.00    D280369 | LL |
| 1 | CASH TENDERED | | | LL |
| 02/19/15 | | | | |
| 1 | MONETARY TRANSACTION       OPER INTOX 1 | | | MLE |
| | PAYMENT | $ | 950.00    D520723 | MLE |
| 1 | CASH TENDERED | | | MLE |
| 05/27/15 | | | | |
| 1 | PROB VIOL FORM GENERATED   OPER INTOX 1 | | | KDM |
| | THE DEFENDANT TESTED POSITIVE FOR ALCOHOL | | | KDM |
| | ON 4/25 AND 5/4. THE DEFT | | | KDM |
| | FAILED TO REPORT FOR DRUG SCREENS ON 5/10 & | | | KDM |
| | 5/23. | | | KDM |

```
NAME: COLLIER/KEITH/DOREL                    CASE NO: 13H24936        PAGE   6

  DATE                    ACTIONS, JUDGMENTS, CASE NOTES              INITIALS

             MISCELLANEOUS ACTION        OPER INTOX 1                    TJB
             SCHEDULED FOR PROBATION VIOLATION HEARING
                                060215    830A   BRADY,JAMES B.,   P-30534  TJB
  06/02/15
      1      PROCEEDING HELD             OPER INTOX 1                    MEA
             JDG   BRADY,JAMES B.,                                 P-30534  MEA
             SUPPLEMENTAL SENTENCING                    $    150.00      MEA
             DEFENDANT FAILED TO APPEAR                                  MEA
             RECORDED BY KAREN ROCHELEAU #2972                           MEA
             CONTEMPT FEE                               $    150.00      MEA
             MOTION, AFFIDAVIT & BENCH WARRANT GENERATED
                                         OPER INTOX 1                    MEA
             CONTEMPT/FAIL TO APPEAR                                     MEA
             DEFENDANT FAILED TO APPEAR FOR A VIOLATION                  MEA
             OF PROBATION HEARING 06-02-15                               MEA
             MISCELLANEOUS ACTION        OPER INTOX 1                    MEA
             REMOVED FROM DOCKET         051316                          MEA
  06/03/15
             MISCELLANEOUS ACTION        ALL COUNTS                      MEA
             NO BOND ORDERED                                             MEA
             WARRANT SENT TO POLICE AGENCY                               MEA
  06/09/15
      1      NOTICE OF NON-COMPLIANCE    OPER INTOX 1
  06/24/15
      1      DRIVERS LICENSE REINSTATEMENT FEE (SOS)
                                         OPER INTOX 1   $     25.00
             SOS FEE/JUROR COMPENSATION
                                         OPER INTOX 1   $     20.00
             FAC/FCJ/FCPV NOTICE GENERATED
                                         OPER INTOX 1
  07/29/15
      1      20% LATE FEE ASSESSED       OPER INTOX 1   $     39.00
  02/09/16
      1      MISCELLANEOUS ACTION        OPER INTOX 1                    TAC
             ATT   JOHNSON,BERTRAM L.,                             P-46646  TAC
             ATTORNEY FILED APPEARANCE                                   TAC




                ***** END OF REGISTER OF ACTIONS *****  02/09/16 14:39
```

STATE OF MICHIGAN
47TH JUDICIAL DISTRICT
POLICE NO: 13-24936
5:15-cr-20774-JCO-DRG   Doc # 20-2   Filed 06/08/16   Pg 8 of 12   Pg ID 206
ORDER OF PROBATION
(Misdemeanor)
CASE NO. 13H24936   OD
ORI MI630055J

| Court Address | 31605 W ELEVEN MILE RD<br>FARMINGTON HLS, MI  48336 | Court Telephone<br>(248) 871-2950 |
|---|---|---|

| People of<br>CITY OF FARMINGTON HILLS | V | Defendant's name, address, and phone<br>COLLIER/KEITH/DOREL<br>30249 SUMMIT DR<br>FARMINGTON HILLS, MI  48334 |
|---|---|---|

| CTN/TCN | SID | DOB |
|---|---|---|
| B914171003P | 1462093A | 8/17/1970 |

Probation Officer: KRISTINA M.              Term:  18 MONTHS

Offense: ALCOHOL - OPERATING WHILE INTOXICATED 1ST OFFENSE

IT IS ORDERED that the defendant be placed on probation under the supervision of the probation officer named above for the term indicated, and the defendant shall:

1. Not violate any criminal law of any unit of government.
2. Not leave the state without the consent of this court.
3. Make a truthful report to the probation officer monthly, or as often as the probation officer may require, either in person or in writing, as required by the probation officer.
4. Notify the probation officer immediately of any change of address or employment status.
6. Pay the following:

```
             Fine and
             Costs.......  $    1075.00
             Restitution.  $
             Crime Victim  $      75.00
             Supervision.  $     900.00
             St Min Costs  $      50.00
             Other.......  $     100.00
             TOTAL.......  $    2200.00
```

{ } a. The due date for payment is _____.
{ } b. Total amount due shall be paid in installments of $ _215_ per _month_ starting on _12-2-14_ and paid in full by the due date on the judgment of sentence or by _9-2-15_.

Fines, costs, and fees not paid within 56 days of the date owed or of any installment payment date are subject to a 20% late penalty on the amount owed.



**ENTERED LEIN**

System ID # _44638758_

Date: _11/13/14_  Initials: ___

STATE OF MICHIGAN | ORDER OF PROBATION | CASE NO. 13-24936  OD
47TH JUDICIAL DISTRICT ( (Misdemeanor) (
POLICE NO: 13-24936

Court Address 31605 W ELEVEN MILE RD            Court Telephone
ORI MI630055J    FARMINGTON HLS, MI  48336        (248) 871-2950

|  | Defendant's name, address, and phone |
|---|---|
| People of<br>CITY OF FARMINGTON HILLS  V | COLLIER/KEITH/DOREL<br>30249 SUMMIT DR<br>FARMINGTON HILLS, MI  48334 |

| CTN/TCN | SID | DOB |
|---|---|---|
| B914171003P | 1462093A | 8/17/1970 |

8. Other: 93 DAYS JAIL SUSPENDED UPON SUCCESSFUL COMPLETION OF PROBATION.
80 HOURS COMMUNITY SERVICE.
DRIVER INTERVENTION PROGRAM.
SUBSTANCE ABUSE PROGRAM - TO BE DETERMINED.
NO ALCOHOL USE OR POSSESSION WITH RANDOM ALCOHOL TESTING.
NO USE OR POSSESSION OF ILLICIT DRUGS OR MOOD ALTERING SUBSTANCES WITH RANDOM DRUG TESTING.
DEFT IS NOT TO ENTER, LOITER OR FREQUENT ANY PLACE WHERE ALCOHOL IS THE PRIMARY SOURCE OF INCOME.
DEFT IS NOT TO ENTER, LOITER OR FREQUENT PLACES WHERE DRUGS ARE USED OR SOLD.
PAYMENT PLAN.

DEFENDANT IS TO CLEAR ALL OUTSTANDING MATTERS WITH THE 47TH DISTRICT COURT. THERE WILL BE AN INCOME WITHHOLDING UPON VERIFIABLE EMPLOYMENT TO COLLECT OUTSTANDING MONIES OWED TO THE COURT.
DEFENDANT IS NOT TO REPORT TO PROBATION WITH ALCOHOL ON BREATH.
DEFENDANT IS NOT TO ENTER, LOITER OR FREQUENT PLACES WHERE DRUGS ARE USED OR SOLD.
NO USE OR POSSESION OF ILLICIT DRUGS OR MOOD ALTERING SUBSTANCES.
DEFENDANT MAY BE REQUIRED TO SUBMIT TO RANDOM DRUG TESTING AT ANY TIME.
BE ADVISED IF YOUR CASE GOES INTO BENCH WARRANT STATUS, YOUR SPECIAL ACT WILL AUTOMATICALLY BE TERMINATED.

Failure to comply with this order may result in a revocation of probation and incarceration.

| NOV. 13, 2014 | _Judge JAMES B. BRADY_ | P-30534 |
|---|---|---|
| Date | Judge JAMES B. BRADY | Bar no. |

I have read or heard the above order of probation and have received a copy. I understand and agree to comply with this order. I also understand that federal and/or state law may prohibit me from possessing or purchasing ammunition or a firearm (including a rifle, pistol, or revolver) if the court found I represent a credible threat to the physical safety of a named person and/or explicitly prohibited (in item 8) the use, attempted use, or threatened use of physical force that would reasonably be expected to cause bodily injury to that named person.

Date: 10-13-14     Defendant signature _Keith Collier_

MCL 600.4803, MCL 769.1a, MCL 771.1 et seq., MCL 775.22, MCL 780.826, MCR 6.445,
18 USC 922(g)(8)
DC 243 (6/13)   ORDER OF PROBATION (Misdemeanor), Part 1                Page 2

```
STATE OF MICHIGAN                                           CASE NO. 13-24936       OD
47TH JUDICIAL DISTRICT         JUDGMENT OF SENTENCE
POLICE NO: 13-24936
              Court Address 31605 W ELEVEN MILE RD          Court Telephone
ORI MI630055J              FARMINGTON HLS, MI  48336        (248) 871-2950
```

|  |  |
|---|---|
| People of<br>    CITY OF FARMINGTON HILLS | Defendant's name, address, and phone<br>V  COLLIER/KEITH/DOREL<br>30249 SUMMIT DR<br>FARMINGTON HILLS, MI  48334 |

| CTN/TCN | SID | DOB |
|---|---|---|
| B914171003P | 1462093A | 8/17/1970 |

**THE COURT FINDS:**
1. Defendant was found guilty on SEPT. 22, 2014 of the crime(s) as stated below:

```
        CONVICTED BY    DISMISS                           CHARGE CODE(S)
CNT PLEA* COURT JURY    BY*        CRIME                  MCL CITATION/PACC
 1   NC   _     _       __     ALCOHOL - OPERATING WHILE INTOXICAT  257.6251-A
```

*Plea: insert G for guilty plea; NC for nolo contendere; MI for mentally ill.
*Dismissed: insert D for by court or NP for by prosecutor/plaintiff.

2. Defendant was represented by an attorney: DURED B. HAJJI          P-63815

3. Conviction reportable to Secretary of State. Defendant's driver's
   license number is: MI  C460465149643.

**IT IS ORDERED:**
9. Defendant is sentenced to jail as follows:

```
CNT  DATE      TOTAL     JAIL    TO BE     Release Authorized       Release Period
     JAIL      SENTENCE  CREDIT  SERVED      for the Following      From      To
     BEGINS    DAY(S)    DAY(S)  DAY(S) { } Upon payment fines/costs
  1  SUSPENDED   93        0       0    { } To work or seek work
                                        { } For attendance at school ____  ____
                                        { } For medical treatment    ____  ____
                                        { } Other: _____        ____  ____
```

10. Defendant shall pay:

```
      STATE    CRIME                  COURT COSTS   ATTY
CNT  MINIMUM  VICTIM  RESTITUTION     AND FINE      FEES    OTHER       TOTAL
 1    50.00   75.00                   1075.00              1000.00    2,200.00
                                                       Balance Due:   $1,950.00
```

The due date for payment is _____. Fine, costs, and fees not paid within
56 days of the due date are subject to a 20% late penalty on the amount owed.
Only the fine and some costs may be satisfied by serving time in jail.

{ } Defendant shall serve ___ days in jail beginning _____ for failure to pay
    on time.

11. Defendant shall be placed on probation for 18 months and abide by the
    terms of probation. (See separate order.)

MC 219 (3/10)   JUDGMENT OF SENTENCE/COMMITMENT TO JAIL                PAGE 1

```
STATE OF MICHIGAN                                           CASE NO. 13H24936    OD
47TH JUDICIAL DISTRICT         JUDGMENT OF SENTENCE
POLICE NO: 13-24936
            Court Address 31605 W ELEVEN MILE RD            Court Telephone
ORI MI630055J          FARMINGTON HLS, MI   48336           (248) 871-2950
```

|  |  | Defendant's name, address, and phone |  |  |
|---|---|---|---|---|
| People of<br>CITY OF FARMINGTON HILLS | V | COLLIER/KEITH/DOREL<br>30249 SUMMIT DR<br>FARMINGTON HILLS, MI   48334 |  |  |
|  |  | CTN/TCN<br>B914171003P | SID<br>1462093A | DOB<br>8/17/1970 |

12. Defendant shall complete the following rehabilitative services:
    { } Alcohol Highway Safety Education
    {X} Treatment: {X}outpatient { }inpatient { }residential { }mental health.
        Specify:

```
NOV. 13, 2014                                                       P-30534
Date              Judge   JAMES B. BRADY                            Bar No.
                  MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22,
                          MCL 780.766, MCL 780.826, MCR 6.427
MC 219 (3/10)  JUDGMENT OF SENTENCE/COMMITMENT TO JAIL              PAGE   2
```

| STATE OF MICHIGAN | MOTION AND SUMMONS REGARDING | CASE NO. 13H24936 OD |
|---|---|---|
| 47TH JUDICIAL DISTRICT | PROBATION VIOLATION | |
| POLICE NO: 13-24936 | | |
| ORI MI630055J | Court Address 31605 W ELEVEN MILE RD<br>FARMINGTON HLS, MI  48336 | Court Telephone<br>(248) 871-2950 |

| People of<br>CITY OF FARMINGTON HILLS | V | Defendant's name, address, and phone<br>COLLIER/KEITH/DOREL<br>30249 SUMMIT DR<br>FARMINGTON HILLS, MI  48334 |
|---|---|---|
| | | CTN/TCN: B914171003P  SID: 1462093A  DOB: 8/17/1970 |

I, KRISTINA M._____, allege that the probationer has violated the terms of his/her probation as follows:

THE DEFENDANT TESTED POSITIVE FOR ALCOHOL ON 4/25 AND 5/4. THE DEFT FAILED TO REPORT FOR DRUG SCREENS ON 5/10 & 5/23.

I REQUEST that the court compel the probationer to appear for a hearing on the charges in this motion.

MAY 27, 2015          Probation Officer: _____
Date                                              KRISTINA M.

| SUMMONS |

TO DEFENDANT, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:

You are ordered to appear in court
  at { }  _____
     {X} the above address

     on Date: JUNE 2, 2015  at 08:30 AM

for arraignment on the alleged probation violation. Failure to appear at the stated time and place may subject you to arrest.

MAY 27, 2015      Judge JAMES B. BRADY           P-30534
Date                                                        Bar no.

*Stamp: ALL OUTSTANDING MATTERS IN THE 47TH D.C. WILL BE ADDRESSED AT THE TIME OF THIS HEARING.*

| CERTIFICATE OF MAILING |

I certify that on this date a copy of this motion and summons was served upon the probationer by first-class mail addressed to his/her last-known address as defined by MCR 2.107(C)(3).

Date: 5/27/15    Signature: _____

MCR 6.103(B),(C), MCR 6.445(A)
MC 246 (3/09) MOTION AND SUMMONS REGARDING PROBATION VIOLATION

```
STATE OF MICHIGAN           MOTION, AFFIDAVIT           CASE NO. 13H24936      OD
47TH JUDICIAL DISTRICT       AND BENCH WARRANT
POLICE NO: 13-24936
```

| | | |
|---|---|---|
| Court Address 31605 W ELEVEN MILE RD | | Court Telephone |
| ORI MI630055J    FARMINGTON HLS, MI  48336 | | (248) 871-2950 |

| People of CITY OF FARMINGTON HILLS | V | Defendant(s)/Probationer COLLIER/KEITH/DOREL 30249 SUMMIT DR FARMINGTON HILLS, MI  48334 |
|---|---|---|
| | | CTN | SID | DOB |
| | | TCN B914171003P | 1462093A | 8/17/1970 |

{ } Civil       {X} Criminal  **Current Charge:** OPER INTOX 1

A motion and affidavit is not required when the bench warrant is issued on the judge's own motion.

|MOTION AND AFFIDAVIT|

I request that a bench warrant be issued and
**COLLIER/KEITH/DOREL**   be arrested and
{X} ==held in contempt for failure to appear.==
{_} held in contempt for the following reasons: (specify below)
{_} brought to court for arraignment on the following alleged probation
     violation: (specify below)
==DEFENDANT FAILED TO APPEAR FOR A VIOLATION OF PROBATION HEARING 06-02-15==

| Date of Offense | Police Agency | Officer |
|---|---|---|
| NOV. 29, 2013 | FARMINGTON HILLS POLICE D | ROHRER J |

This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this affidavit.

Signature: _Kristina_ _____
            KRISTINA M., Probation Officer

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date
My commission expires: _____    Signature: _____
                        Date                 Notary public/Deputy clerk
Notary public, State of Michigan, County of _____

|BENCH WARRANT|

Respondent failed to comply with an order of this court. A bench warrant to arrest the respondent has issued on this date.
Respondent was described as follows:

| Name and address of respondent | Race: BLACK | Sex: MALE |
|---|---|---|
| COLLIER/KEITH/DOREL 30249 SUMMIT DR FARMINGTON HILLS, MI  48334 | DLN: C460465149643   MI | |

Bring the respondent before the court immediately, or respondent may be released when a cash or surety bond in the amount of $  **NO BOND** is posted for personal appearance before the court at its next session.

| JUNE 2, 2015 | | P-30534 |
|---|---|---|
| Date | Judge  JAMES B. BRADY | Bar no. |

|MEMORANDUM COPY - NOT TO BE USED FOR ARREST|

**TO THE COURT CLERK:** When the original charge in a criminal case is more than a 92-day misdemeanor or felony and the defendant has not been sentenced or discharged, advise the Michigan State Police Criminal Justice Information Center of this Motion and Bench Warrant Memorandum as required under MCL 769.16a.
MC 229 (3/10)    MOTION, AFFIDAVIT, AND BENCH WARRANT                MCR 3.606