Exhibit F

Travel Requests to 47th District Court

**STATE OF MICHIGAN**

THE DISTRICT COURT  47TH JUDICIAL DISTRICT

**MARLA E. PARKER**
DISTRICT JUDGE

**JAMES B. BRADY**
DISTRICT JUDGE

31605 W. ELEVEN MILE ROAD
FARMINGTON HILLS, MICHIGAN 48336
PHONE 248-871-2950
FAX 248-871-2951

**DAVID WALSH**
COURT ADMINISTRATOR

**JACQUELINE JONES**
DIRECTOR OF PROBATION

# PROBATION DEPARTMENT
# TRAVEL REQUEST FORM

Probationer Name: Keith Collier    Today's Date: 3-20-15
Address: 30249 Summit Dr.
City: Farmington Hills   State: MI   Zip: 48334
Phones: Cell (313) 347-6077   Home ( )   Work ( )
Email Address: KC88@live.com
Court Case Number: 13H24936    Probation Officer: Kristina Merkys
DATE REQUESTING TO LEAVE: 3-29-15    RETURN DATE: 4-5-15
LOCATION OF PLANNED TRAVEL: Atlanta, Georgia
PURPOSE FOR TRAVEL: Job training / also visiting

TESTING INFORMATION (Circle the appropriate response):

Are you currently drug testing: (Y) N    If yes, where are you testing? A.D.A.M.
Are you currently alcohol testing: (Y) N    If yes, where are you testing? A.D.A.M. / Smart Start
If yes to either of the above, what is your LETTER and/or COLOR for testing? C
Agency and Location where you will drug/alcohol test while traveling: Smart Start In Home device

PLEASE ATTACH COPIES OF TRAVEL DOCUMENTS AND/OR INTINERARIES IF APPLICABLE.
YOU ARE NOT TO TRAVEL UNTIL YOU RECEIVE PERMISSION FROM A PROBATION OFFICER.
YOU MAY HAND DELIVER, MAIL, OR FAX THIS REQUEST TO YOUR PROBATION OFFICER.

FAX: 248-871-2951

_Keith Collier_    3-20-15
Probationer Signature    Date


# DELTA

# DTW ▸ ATL

**Detroit, MI to Atlanta, GA**
SUN, 29 MAR 2015 - SUN, 05 APR 2015

FLIGHT CONFIRMATION #: **GKQGG6**

ROUND TRIP | 1 PASSENGER

 FLIGHTS

## Flight DL 748

SUN, 29 MAR 2015            9 DAYS FROM DEPARTURE

**DTW ▸ ATL**              ON TIME

DEPART: 1:45 PM*           ARRIVE: 3:47 PM

SEAT: 2D
FIRST (G)

Find Sky Club Locations:
Detroit Metro Arpt - DTW
Hartsfield-Jackson Atlanta Intl - ATL

Airport Maps: DTW | ATL

Aircraft: Boeing 757
Flight Time: 2hr 2m
On Time % : N/A
Miles Flown: 595

MEAL SERVICE : No Meal Service
🛜 SP

In-Flight services and amenities may vary and are subject to change.

BAGGAGE & SERVICE FEES

PASSENGER STATUS: CONFIRMED

## Flight DL 902

SUN, 05 APR 2015           16 DAYS FROM DEPARTURE

**ATL ▸ DTW**              ON TIME

DEPART: 2:50 PM*           ARRIVE: 4:48 PM

SEAT: 5D
BUSINESS (Z)

Find Sky Club Locations:
Hartsfield-Jackson Atlanta Intl - ATL
Detroit Metro Arpt - DTW

Airport Maps: ATL | DTW

Aircraft: Boeing 737-900ER
Flight Time: 1hr 58m
On Time % : N/A
Miles Flown: 595

MEAL SERVICE : No Meal Service
🛜 🍽 🔌 SP

In-Flight services and amenities may vary and are subject to change.

BAGGAGE & SERVICE FEES

PASSENGER STATUS: CONFIRMED

 PASSENGER INFORMATION

| 1 | **KEITH COLLIER** | | 2D<br>First (G) | | |
| | | | 5D<br>Business (Z) | | |

https://www.delta.com/mytrips/printItinerary.action                                              3/20/2015

3-20-15

To: Rachel Huff

From: Keith Collier

Date: March 20, 2015

To: Rachel Huff

From: Keith Collier

## TRAVEL REQUEST

Dear Ms. Huff,

   I am requesting permission to travel to Atlanta, Georgia on March 29, 2015 and I will be returning April 5, 2015. I plan to fly. A copy of my flight itenerary is also included with this request. The nature of my request has a duel purpose as I will be recieving job training as well as visiting friends in the area. I recently set up an account with Smart Start and picked up an In Home unit so that I can fulfill my random testing requirements for breathatlyzing. I gave your contact info to the people at Smart Start so that you will recieve a monthly report of my test. The In Home unit is totally portable and can be used wherever a power source is. I'm sure you're very familiar with it. If given permission to travel, I will adhere to my breathalyzing requirement with the in home unit. I currently report to the A.DA.M. program for testing instructions and will continue to do so while I'm gone if given permission. My letter is C so that is what I will be listening for when I call in. I plan to stay with a friend Micah Lassiter at 3930 Covey Flush Ct. SW, Smyrna, GA 30082. Thank you for hearing me in this matter and look forward to your reply. I can be reached at (313)347-6077. My email address is kc88@live.com if that is better for you and my address is 30249 Summit Dr. , Farmington Hills, MI 48334

                                                                Respectfully,

                                                                Keith Collier