Exhibit G

Report of Investigation

(Filed Separately)

# Report of Investigation