Exhibit J

Dr. Barlow's Report

(Filed Separately)

# Dr. Barlow's Narrative Report 4/11/16