UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                Case No. 15-20774

v.

                                                Hon. John Corbett O'Meara

D-1 KEITH COLLIER,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION**

      Before the court is Defendant's motion for reconsideration of the court's order denying his motion to suppress. Defendant challenged the search of a house on Montana Street in Detroit, arguing that the agents exceeded the scope of the search warrant. The court denied the motion, finding that Defendant lacked standing to challenge the search and that there was probable cause to search the entire residence. Defendant seeks reconsideration, arguing that he does have standing to challenge the search because he was a tenant of the Montana Street residence.

      The standard for granting a motion for reconsideration is as follows:

> Generally, and without restricting the court's discretion,
> the court will not grant motions for rehearing or

>reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

Defendant has not demonstrated that correcting the alleged error regarding standing will result in a different disposition of the case. Assuming Defendant has standing to challenge the search, the court found that there was probable cause to search the entire residence. Op. & Order at 10-11 (December 6, 2016). Defendant has not presented a basis to disturb this finding. Neither reconsideration nor an evidentiary hearing is warranted.

IT IS HEREBY ORDERED that Defendant's motion for reconsideration is DENIED.

s/John Corbett O'Meara<br>United States District Judge

Date: January 3, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 3, 2017, using the ECF system.

s/William Barkholz<br>Case Manager