UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Case No. 15-20774

v.

                                        Hon. John Corbett O'Meara

D-1 KEITH COLLIER,

    Defendant.

_____/

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Before the court is Magistrate Judge David R. Grand's report and recommendation to deny Defendant's motion to suppress, dated September 15, 2017. Defendant Keith Collier filed objections on September 29, 2017. The government filed a response on October 6, 2017.

With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id. See also Fed. R. Crim. P. 59(b).

After holding an evidentiary hearing on Defendant's motion to suppress on August 21, 2017, Magistrate Judge Grand has submitted a thorough and well-reasoned report and recommendation. In response, Defendant has filed a general objection to "all the factual findings and credibility determinations" and the "legal conclusions of the Magistrate." Defendant seeks the opportunity to supplement his objections after preparation of the transcript, although Defendant not indicated if he has ordered the transcript or when it will be prepared.

Defendant's objections are insufficient. "A general objection to the entirety of the magistrate's report has the same effects as would a failure to object." Howard v. Secretary of Health & Human Servs., 932 F.2d 505, 509 (6th Cir. 1991). Defendant has neither submitted specific objections to the report and recommendation nor requested an extension of time to submit such objections.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Grand's September 15, 2017 report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendant's objections are OVERRULED.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: October 17, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 17, 2017, using the ECF system.

<span style="margin-left: 3em;">s/William Barkholz</span>
<span style="margin-left: 3em;">Case Manager</span>